UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAYNE AUCOIN | CIVIL ACTION |
| VERSUS | |
| ANDREW CUPIL ET AL. | NO.: 16-373-BAJ-RLB |

## ORDER

Before the Court is a **Second Motion to Alter or Amend Judgment (Doc. 96)** filed by Plaintiff Layne Aucoin. Plaintiff asks the Court to alter or amend a Judgment (Doc. 82) the Court has already vacated. (Doc. 90). The request is frivolous: the Court cannot alter or amend a judgment that has been vacated. Plaintiff also asks the Court to "recall" its Ruling (Doc. 90) granting in part and denying in part his first Motion to Alter or Amend Judgment. (Doc. 83). But Plaintiff fails to "clearly establish" that the Court's ruling was "manifestly erroneous," and he offers no new evidence justifying reconsideration. *See Schiller v. Phys. Res. Grp., Inc.*, 342 F.3d 563, 567 (5th Cir. 2003).

1

Accordingly,

**IT IS ORDERED** that Plaintiff Layne Aucoin's **Second Motion to Alter or Amend Judgment (Doc. 96)** is DENIED.

Baton Rouge, Louisiana, this 14th of May, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**