# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 13, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Layne Aucoin
         v. Andrew Cupil, Lieutenant, et al.
         No. 20-5330
         (Your No. 19-30779)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 15, 2020

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 19-30779   Layne Aucoin v. Andrew Cupil, et al
                      USDC No. 3:16-CV-373

Dear Mr. McConnell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Stacy M. Carpenter, Deputy Clerk