UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAYNE AUCOIN | * | CIVIL ACTION NO: 16-373 |
| | * | CHIEF JUDGE |
| v. | * | BRIAN A. JACKSON |
| | * | |
| LT. ANDREW CUPIL and | * | MAGISTRATE JUDGE |
| SGT. REGINALD ROBINSON | * | RICHARD L. BOURGEOIS |

*******************************************************************************

## UNOPPOSED MOTION TO CONTINUE AND RESET

NOW INTO COURT, through undersigned counsel, comes LAYNE AUCOIN, who respectfully represents that he has a conflict with the trial scheduled in this case and that in English v. Phillips, 21-400 (E.D. La.).

This motion is unopposed.

WHEREFORE LAYNE AUCOIN prays that this matter be reset to February 6-7, 2023, for the trial in this matter.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

### CERTIFICATE

I hereby certify that on October 7, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)