UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAYNE AUCOIN                                               CIVIL ACTION

VERSUS

LT. ANDREW CUPIL, ET AL.                      NO. 16-00373-BAJ-RLB

### ORDER

Considering the Plaintiff's **Unopposed Motion To Continue And Reset** (Doc. 134),

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the jury trial is reset for Monday, February 6, 2023, through Tuesday, February 7, 2023, at 9:00 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 13th day of October, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury