UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAYNE AUCOIN | * | CIVIL ACTION NO: 16-373 |
| | * | CHIEF JUDGE |
| v. | * | BRIAN A. JACKSON |
| | * | |
| LT. ANDREW CUPIL and | * | MAGISTRATE JUDGE |
| SGT. REGINALD ROBINSON | * | RICHARD L. BOURGEOIS |

******************************************************************************************

**MOTION FOR ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

NOW INTO COURT, through undersigned counsel, comes Layne Aucoin, who seeks issuance of a *Writ of Habeas Corpus Ad Testificandum* for the appearance of witnesses, as follows:

1.

The Trial in this matter is set on February 6, 2023 through February 7, 2023 at 9:00a.m. at the Russell B. Long Federal Courthouse located at 777 Florida Street, Baton Rouge, Louisiana 70802, before the Honorable Judge Brian A. Jackson in Courtroom 2.

2.

The Plaintiff seeks an order to the Louisiana Department of Corrections and to Warden Timothy Hooper of East Baton Rouge Parish Prison located at 2867 General Isaac Smith Avenue, Baton Rouge, LA 70807 for the production of the following inmate witnesses for trial on February 6, 2023 thorough February 7, 2023, to remain until released:

| Name | Time | Monday-Tuesday 2/6-7/2023 |
|---|---|---|
| Layne Aucoin #616998 | 8:30 a.m. | East Baton Rouge Parish Prison |

WHEREFORE the Plaintiff prays that an order be issued to the Louisiana Department of Corrections and to Warden Timothy Hooper of Elayn Hunt Correctional for the production of the following inmate witnesses for trial on November 26, 2018, to remain until released:

| Name | Time | Monday-Tuesday 2/6-7/2023 |
|---|---|---|
| Layne Aucoin #616998 | 8:30 a.m. | East Baton Rouge Parish Prison |

Respectfully submitted:

s/Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on January 26, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/Donna U. Grodner
Donna U. Grodner (20840)